**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
TARG-0400
Attorneys for Defendant, TARGET CORPORATION, erroneously served and sued herein as TARGET; TARGET STORES; TARGET BRANDS, INC.; TARGET CORPORATION; TARGET ENTERPRISE, INC.

FILED
CLERK, U.S. DISTRICT COURT
Apr 29, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC  DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALICA IRENE ZOZULA,<br><br>Plaintiff,<br><br>v.<br><br>TARGET; TARGET STORES; TARGET BRANDS, INC.; TARGET CORPORATION; TARGET ENTERPRISE, INC.; AND DOES 1 TO 100, INCLUSIVE, AND EACH OF THEM,<br><br>Defendants. | CASE NO.: 2:14-CV-08341-SVW-JEM<br><br>[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET CORPORATION |

Pursuant to Rule 41(a)(1), the settlement reached by the parties and the Stipulation for Dismissal, the Court hereby dismisses the complaint, with prejudice.

IT IS SO ORDERED

DATED: April 29, 2015

*/s/ Stephen V. Wilson*

U.S. District Judge Stephen V. Wilson

---

1

[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET CORPORATION
RDC/TARGET/ZOZULA/PLEADINGS/Stip_Dismissal_Order